# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ROBIN COOKE,<br><br>        Plaintiff,<br>  v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE CO., a foreign corporation,<br><br>        Defendant. | CASE NO. 2:24-cv-00220-TL<br><br>ORDER OF DISMISSAL |

Pursuant to the Parties' Stipulated Motion for Dismissal (Dkt. No. 15), this matter is DISMISSED WITH PREJUDICE and without attorney fees or costs to any party.

Dated this 9th day of September 2024.

                                                    Tana Lin<br>                                                    United States District Judge